GASPER OCCHIUTO et al., Appellants, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

(Argued January 21, 1936; decided March 3, 1936.)

*Moses H. Rothman, Isidore Moses* and *Jess J. Lappner* for appellants.

*Richard S. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.